UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 24-cv-80738-RLR/BER

JANE DOE (E.W.),

    Plaintiff,

v.

CLASSICA CRUISE OPERATOR LTD.
d/b/a "*Margaritaville at Sea*",

WYNDHAM HOTELS AND RESORTS, LLC,

TMH WORLDWIDE, LLC,

WHG CARIBBEAN HOLDINGS, INC.,

CLUB VIVA INTERNATIONAL, INC.,

BARBARY BEACH DEVELOPMENT LIMITED
d/b/a "*Viva Fortuna Beach by Wyndham*",

XYZ DEFENDANT(S), and

ASSAILANT 1,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT the Parties to this matter have reached an agreement to fully resolve all of Plaintiff's claims in this action, with each of the Parties to bear their own attorneys' fees and costs. Plaintiff respectfully requests that this Court close this case for administrative purposes, but allow the parties a period of sixty (60) days to complete their respective resolution obligations; following which completion, Plaintiff will then file a voluntary dismissal with prejudice.

        Respectfully submitted,

        LIPCON, MARGULIES
        & WINKLEMAN, P.A.
        *Attorneys for Plaintiff*
        2800 Ponce de Leon Boulevard, Suite 1480
        Coral Gables, Florida 33134
        Telephone No.: (305) 373-3016
        Facsimile No.: (305) 373-6204

By: */s/ Luis Alexander Perez*
    **LUIS ALEXANDER PEREZ**
    Florida Bar No. 125452
    aperez@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Luis Alexander Perez*
    **LUIS ALEXANDER PEREZ**

## SERVICE LIST
### Case No. 24-cv-80738-RLR/BER

| | |
|---|---|
| **Armando Rubio, Esq.**<br>arubio@fieldshowell.com<br>**Michael Redondo, Esq.**<br>mredondo@fieldshowell.com<br>FIELDS HOWELL LLP<br>9155 S. Dadeland Blvd., Suite 1012<br>Miami, Florida 33156<br>Phone: 786-870-5610<br>Fax: 855-802-5821<br>*Attorneys for Defendants, Wyndham Hotels &* | **Darren W. Friedman, Esq.**<br>dfriedman@fflegal.com<br>**Lizbeth Michel, Esq.**<br>Lmichel-escandell@fflegal.com<br>**Tyler J. Canfield, Esq.**<br>tcanfield@fflegal.com<br>FOREMAN FRIEDMAN<br>2 South Biscayne Boulevard, Suite 2200<br>Miami, FL 33131<br>Phone: 305-358-6555 |

- 3 -

| | |
|---|---|
| *Resorts, LLC, TMH Worldwide, LLC, and WHG Caribbean Holdings, Inc.* | Fax: 305-374-9077<br>*Attorneys for Defendant, Classica Cruise Operator Ltd.* |
| **Bruce Marx, Esq.**<br>bmarx@marlowadler.com<br>Marlow, Adler, Abrams & Rotunno<br>4000 Ponce de Leon Boulevard, Suite 570<br>Coral Gables, FL 33146<br>*Counsel for Defendant, Barbary Beach Development Limited, d/b/a Viva Fortuna Beach by Wyndham* | **Jerry D. Hamilton, Esq.**<br>jhamilton@hamiltonmillerlaw.com<br>**Carlos J. Chardon, Esq.**<br>cchardon@hamiltonmillerlaw.com<br>**Spencer B. Price, Esq.**<br>sprice@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 Southeast Second Avenue, Suite 1200<br>Miami, Florida 33131-2332<br>Tel: 305-379-3686 / Fax: 305-379-3690<br>*Counsel for Defendant, Club Viva International, Inc.* |

- 3 -
L IPCON , M ARGULIES & W INKLEMAN , P.A.