UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:24-CV-80378-RLR

Jane Doe (E.W.),

    Plaintiff,

v.

CLASSICA CRUISE OPERATOR LTD.
*d/b/a* "Margaritaville at Sea," WYNDHAM
HOTELS AND RESORTS, LLC, TMH
WORLDWIDE, LLC, WHG CARIBBEAN
HOLDINGS, INC., CLUB VIVA
INTERNATIONAL, INC., BARBARY
BEACH DEVELOPMENT LIMITED
*d/b/a* "Viva Fortuna Beach by Wyndham,"
XYZ DEFENDANT(S), and
ASSAILANT 1,

    Defendants.
_____/

## ORDER STAYING CASE AND DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES

This cause is before the Court on the Plaintiff's Notice of Settlement at docket entry 61. The Court has been informed that the parties have reached an agreement to resolve all of Plaintiff's claims in this action, with each of the parties to bear their own attorney's fees and costs. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby

**ORDERED AND ADJUDGED**:

    1.    This case is **STAYED**.

    2.    All pending deadlines are **TERMINATED**.

    3.    The parties are instructed to file any appropriate pleadings related to the dismissal of this action within forty-five (45) days of the date of rendition of this Order.

    4.    Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate pleadings related to the dismissal of this action.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of December, 2024.

                                                ROBIN L. ROSENBERG

Copies furnished to Counsel of Record      UNITED STATES DISTRICT JUDGE